

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2018

No. 04-18-00082-CR

Homer C. **TOMBERLIN,** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1601-CR-C
Honorable Dwight E. Peschel, Judge Presiding

# O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in this appeal in which the trial court judge certifies that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." We, therefore, ORDER the trial court clerk to file a clerk's record within ten days from the date of this order containing the following documents:

1. All pre-trial orders and the related pre-trial motions;

2. The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant⬜s plea bargain;

3. The judgment;

4. All post-judgment motions and orders;

5. The notice of appeal;

6. The Trial Court's Certification of Defendant's Right of Appeal; and

7. The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.



Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2018.

KEITH E. HOTTLE,
Clerk of Court